Walter C. Roehl, an Infant, by Helen Roehl, his Guardian ad Litem, et al., Respondents, *v.* Thomas H. Whelpley et al., Appellants, et al., Defendants.

Argued April 20, 1943; decided May 27, 1943.

*James J. McLoughlin, Robert F. White* and *Thomas F. Harrigan* for appellants.

*Abraham Rotwein, Arnold B. Elkind* and *Gerald F. Finley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.